ENTERED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 2 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _sly_                    DEPUTY

FILED - SOUTHERN DIVISION
CLERK, U.S. DISTRICT COURT

NOV 2 6 2012

CENTRAL DISTRICT OF CALIFORNIA
BY _sly_                    DEPUTY

JS-6

# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA
### WESTERN DIVISION

| | |
|---|---|
| RICARDO ALEJANDRO YEARWOOD, | Case No.  CV 12-05514 VBF (AN) |
| Petitioner, | JUDGMENT |
| v. | |
| M. D. BITER, Warden, | |
| Respondent. | |

IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: November 21, 2012

_Valerie Baker Fairbank_
VALERIE BAKER FAIRBANK
UNITED STATES DISTRICT JUDGE