JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | |
|---|---|
| RICARDO ALEJANDRO YEARWOOD,<br><br>　　　　Petitioner,<br><br>　　v.<br><br>M. D. BITER, Warden,<br><br>　　　　Respondent. | Case No.  CV 12-05514 VBF (AN)<br><br>JUDGMENT |

　　　IT IS HEREBY ADJUDGED that this action is dismissed with prejudice for the reasons set forth in the related Order.

DATED: November 21, 2012

　　　　　　　　　　　　　　　　　　　Valerie Baker Fairbank
　　　　　　　　　　　　　　　　　　　VALERIE BAKER FAIRBANK
　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE